UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Broadcast Music, Inc., et al.</u>

                v.                Case No. 05-cv-371-PB

<u>106 Fine Foods, et al.</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #14, 106 Fine Foods Corp. Answer to the Complaint, filed by Ferdinand Fricker and Neville Pereira

DATE FILED:   November 14, 2005

The document above fails to comply with:

LR 83.6(c)   Corporation or unincorporated association may not appear in any action or proceeding pro se

It is herewith ordered that the document is stricken, returned herewith to the submitting party, and must be refiled.

SO ORDERED.

December 1, 2005                      /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            District Judge

cc:    Todd A. Sullivan, Esq.
       Ferdinand Fricker, Pro se.
       Neville Pereira, Pro se